UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA                    :    **NOTICE OF INTENT TO**
                                            :    **FILE INFORMATION**
                - v. -                      :
                                            :
ANIBAL ABAD,                                :    Kaplan, J
        a/k/a "Chico,"                      :
                                            :
                        Defendant.          :

- - - - - - - - - - - - - - - - - - - - 07CRM. 648


          Please take notice that the United States Attorney's

Office will file an information upon the defendant's waiver of

indictment, pursuant to Rule 7(b) of the Federal Rules of

Criminal Procedure.

Dated:    New York, New York
          June ___, 2007

                                  MICHAEL J. GARCIA
                                  United States Attorney


                          By:     _____
                                  AMY FINZI
                                  Assistant United States Attorney


                          AGREED AND CONSENTED TO:

                          By:     _____
                                  Jennifer Brown, Esq.
                                  Counsel for the Defendant

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/29/07