UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

     - v. -          :    **INFORMATION**

ANIBAL ABAD,                07 Cr. 648
    a/k/a "Chico,"

         Defendant.

- - - - - - - - - - - - - - - - - -X

## COUNT ONE

The United States Attorney charges:

1.  In or about July 2006, in the Southern District of New York and elsewhere, ANIBAL ABAD, a/k/a "Chico," the defendant, and others known and unknown, unlawfully, willfully, and knowingly did combine, conspire, confederate, and agree together and with each other to violate Section 1956(a)(1)(B)(i) of Title 18, United States Code.

2.  It was a part and an object of the conspiracy that ANIBAL ABAD, a/k/a "Chico," the defendant, and others known and unknown, in an offense involving and affecting interstate and foreign commerce, knowing that the property involved in certain financial transactions, to wit, the transfer of tens of thousands of dollars in cash, represented the proceeds of some form of unlawful activity, unlawfully, willfully, and knowingly would and did conduct and attempt to conduct such financial transactions which in fact involved the proceeds of specified unlawful activity, to wit, narcotics trafficking, knowing that the

transactions were designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership and the control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

    (Title 18, United States Code, Section 1956(h).)

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

- v. -

**ANIBAL ABAD,
a/k/a "Chico,"**

**Defendants**

**INFORMATION**

07 Cr. _____

(Title 18, United States Code,
Section 1956(h).)

MICHAEL J. GARCIA
United States Attorney.

---

7/12/07 — Defendant Anibal Abad present with attorney Jennifer Brown. AUSA Amy Finzi present. Court Reporter Joe Quinones pres. Waiver of indictment & information filed in open court. Defendant allocuted as to the waiver & entered a plea of not guilty. The next conference is set for 9/10/07 at 2:00pm. Time from today through 9/10/07 is excluded from Speedy Trial calculations in the interests of justice.

Kaplan, J.