JUDGE KAPLAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

07 CRIM. 648

UNITED STATES OF AMERICA

       - v. -

**WAIVER OF INDICTMENT**

ANIBAL ABAD,
   a/k/a "Chico,"

            Defendant.

- - - - - - - - - - - - - - - - - -X

       The above-named defendant, who is accused of violating Title 18, United States Code, Section 1956(h), being advised of the nature of the charge and of their rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                      _____
                                      Defendant

                                      _____
                                      Witness

                                      _____
                                      Counsel for Defendant

Date:     New York, New York
           July 12, 2007

0202