UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

       - v. -   **WAIVER OF INDICTMENT**

ANIBAL ABAD,

       Defendant.

- - - - - - - - - - - - - - - - -X

       The above-named defendant, who is accused of violating Title 18, United States Code, Section 1956(h) and Title 21, United States Code, Section 846, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:   New York, New York
       September ___, 2007

0202