SEP 14 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
 :
UNITED STATES OF AMERICA :
 :
 - v. - : ORDER
 :
ANIBAL ABAD, : S1 07 Cr. 648 (LAK)
 :
 :
            Defendant. :
 :
- - - - - - - - - - - - - - - - - -x

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on September 10, 2007;

WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea,

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:    New York, New York
          September __, 2007

_____
HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/07